```
Name            JOHN RYAN
Street Address  PO BOX 1870
City and County PALM SPRINGS, RIVERSDIE
State and Zip Code CALIFORNIA, 92263
Telephone Number 760-567-4695
```

FILED
CLERK, U.S. DISTRICT COURT

5/24/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ____LM____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN RYAN

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

DAIRYLAND INSURANCE COMPANY

SUPERIOR ACCESS INSURANCE COMPANY

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

*IFP/No sum no CV-30*

**5:21-cv-00889 JGB (SPx)**

**Complaint for a Civil Case Alleging Breach of Contract**

(28 U.S.C. § 1332; Diversity of Citizenship)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
*(check one)*

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | JOHN RYAN |
   | Street Address | PO BOX 1870 |
   | City and County | PALM SPRINGS, RIVERSIDE |
   | State and Zip Code | CALIFORNIA, 92263 |
   | Telephone Number | |
   | E-mail Address | |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1

   | | |
   |---|---|
   | Name | DAIRYLAND INSURANCE COMPANY |
   | Job or Title (if known) | |
   | Street Address | 1800 NORTHPOINT DRIVE |
   | City and County | STEVENS POINT, PORTAGE |
   | State and Zip Code | WISCONSIN 54481 |
   | Telephone Number | |
   | E-mail Address (if known) | |

   Defendant No. 2

   | | |
   |---|---|
   | Name | SUPERIOR ACCESS INSURANCE COMPANY |
   | Job or Title (if known) | |
   | Street Address | 3721 Executive Center Drive, Suite 100 |
   | City and County | Austin, Travis |

2

|   |   |
|---|---|
| State and Zip Code | TEXAS, 78731 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 3

|   |   |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 4

|   |   |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

**II.**   **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

**A.     The Plaintiff(s)**

  1. If the plaintiff is an individual

     The plaintiff, *(name)* JOHN RYAN, is a citizen of the State of *(name)* CALIFORNIA.

  2. If the plaintiff is a corporation

     The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

**B.     The Defendant(s)**

  1. If the defendant is an individual

     The defendant, *(name)* N/A, is a citizen of the State of *(name)* N/A. *Or* is a citizen of *(foreign nation)* _____

  2. If the defendant is a corporation

     The defendant, *(name)* **DAIRYLAND INSURANCE CO.**, is incorporated under the laws of the State of *(name)* WISCONSIN, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

**C.     The Amount in Controversy**

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

4

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The plaintiff, *(name)* JOHN RYAN, and the defendant, *(name)* Dairyland Ins. CO., made an agreement or contract on *(date)* November 2004. The agreement or contract was *(oral or written)* Written. Under that agreement or contract, the parties were required to *(specify what the agreement or contract required each party to do)*
Personal Automobile Insurance Contracts. Plaintiff is an Independent Insurance Agent/ Producer. Defendant is the Insurer. Defendant arbitrarily blocked Plaintiff from the Defendant's website portal to upload new clients' contracts and denied Plaintiff's commissions. Subsequently denying Plaintiff's access to client accounts.

The defendant failed to comply because *(specify what the defendant did or failed to do that failed to comply with what the agreement or contract required)*

The plaintiff has complied with the plaintiff's obligations under the contract.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to

actual or punitive money damages.

Plaintif is asking for 800,000.00 in damages.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: ___05-17_, 20_21_.

Signature of Plaintiff  _____
Printed Name of Plaintiff   JOHN RYAN

**A.     The Plaintiff(s)**

   1.   If the plaintiff is an individual

       The plaintiff, *(name)* JOHN RYAN_____, is a citizen of the State of *(name)* CALIFORNIA_____.

   2.   If the plaintiff is a corporation

       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

**B.     The Defendant(s)**

   1.   If the defendant is an individual

       The defendant, *(name)* N/A_____, is a citizen of the State of *(name)* N/A_____. *Or* is a citizen of *(foreign nation)* _____.

   2.   If the defendant is a corporation

       The defendant, *(name)* SUPERIOR ACCESS INSURANCE CO.____, is incorporated under the laws of the State of *(name)* TEXAS_____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

**C.     The Amount in Controversy**

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

4

_____
_____
_____

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The plaintiff, *(name)* JOHN RYAN, and the defendant, *(name)* **Superior Access Insurance Company.**, made an agreement or contract on *(date)* April 2007. The agreement or contract was *(oral or written)* Written. Under that agreement or contract, the parties were required to *(specify what the agreement or contract required each party to do)*
Personal Automobile Insurance Contracts. Plaintiff is an Independent Insurance Agent/ Producer. Defendant is the Insurer. Defendant arbitrarily blocked Plaintiff from the Defendant's website portal to upload new clients' contracts and denied Plaintiff's commissions. Subsequently denying Plaintiff's access to client accounts.

The defendant failed to comply because *(specify what the defendant did or failed to do that failed to comply with what the agreement or contract required)*

_____
_____
_____
_____

The plaintiff has complied with the plaintiff's obligations under the contract.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to

actual or punitive money damages.

Plaintif is asking for 800,000.00 in damages.

**V. Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____05-17_, 2021.

Signature of Plaintiff

Printed Name of Plaintiff   JOHN RYAN

6

John Ryan / GPSI
PO Box 1870
Palm Springs, CA 92263

RECEIVED
CLERK, U.S. DISTRICT COURT
MAY 24 2021
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION
BY DEPUTY

USDC
3470 12th Street
Riverside, CA 92501




